UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARTIN P. MOLER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNIVERSITY OF MARYLAND MEDICAL SYSTEM, *et al.*, <br><br> *Defendants*. | Civil No.: 1:21-cv-01824-JRR |

### **ORDER**

Upon consideration of the Joint Motion for Extension of Time to Move for Preliminary Approval of Class Action Settlement (ECF No. 80; "the Motion"), it this 28th day of November 2023 hereby:

**ORDERED** that the Motion shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that these proceedings are **STAYED** up to and including December 11, 2023; and it is further

**ORDERED** that Plaintiffs shall file their Motion for Preliminary Approval by December 11, 2023.

/s/
_____
Julie R. Rubin
United States District Judge