IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARTIN P. MOLER, JOHN T. CZAHOR, and KATHLEEN D'ASCENZO, individually and on behalf of participants and beneficiaries on behalf of the University of Maryland Medical System 401(a) Defined Contribution Plan and the UMMS Voluntary 403(b) Plan,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM and EMPLOYEE BENEFITS COMMITTEE,<br><br>          Defendants. | Case No.: 1:21-cv-01824-JRR |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Martin P. Moler, John T. Czahor, and Kathleen D'Ascenzo (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move the Court for an Order granting final approval of the proposed class action Settlement, which the Court preliminarily approved by order entered December 14, 2023. (ECF No. 84). Defendants University of Maryland Medical System and Employee Benefits Committee (collectively, "Defendants) do not oppose the requested relief.

Plaintiffs' Memorandum of Law and a Proposed Order are filed herewith. Also supporting this motion are the declaration of Noah Fiori on behalf of the settlement administrator, American Legal Claim Services, LLC, regarding the dissemination of notice to the Settlement Class, and the Declaration of Howard Shapiro, counsel for Defendants, regarding CAFA compliance.

Finally, Plaintiffs are concurrently filing a *Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards to the Class Representatives*, which is supported by the declarations of Class Counsel, Eric Lechtzin of Edelson Lechtzin LLP, Michael McKay of McKay Law, LLC, and Andrea Gold of Tycko Zavareei LLP, which also support the instant motion.

Dated: April 5, 2024                                      Respectfully submitted,

                                                          EDELSON LECHTZIN LLP

                                                          */s/ Eric Lechtzin*
                                                          Eric Lechtzin (PA I.D. 62096)
                                                          Marc H. Edelson (PA I.D. 51834)
                                                          411 S. State Street, Suite N-300
                                                          Newtown, PA 18940
                                                          Main: 215-867-2399
                                                          elechtzin@edelson-law.com
                                                          medelson@edelson-law.com

2

MCKAY LAW, LLC
Michael C. McKay*
5635 N. Scottsdale Road, Suite 117
Scottsdale, Arizona 85250
Telephone: 480-681-7000
Email: mmckay@mckaylaw.us

TYCKO & ZAVAREEI LLP
Andrea Gold (Bar No. 18656)
2000 Pennsylvania Avenue NW
Suite 1010
Washington, DC 20036
Telephone: (202) 973-0900
agold@tzlegal.com

***Attorneys for Plaintiffs and the Class***

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 5, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                               */s/ Eric Lechtzin*
                                               Eric Lechtzin